# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1080

United States of America

Appellee

v.

Sylvester Cunningham

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:20-cr-00104-CJW-1)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for panel rehearing is also denied.

Judges Erickson, Grasz, Stras and Kobes would grant the petition for rehearing en banc.

August 30, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
　　　/s/ Michael E. Gans