# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1080

United States of America

Appellee

v.

Sylvester Cunningham

Appellant

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:20-cr-00104-CJW-1)

_____

**ORDER**

Before COLLOTON, Chief Judge, WOLLMAN, and STRAS, Circuit Judges.

    The petition for panel rehearing is denied.

    Judge Stras would grant the petition for panel rehearing.

                                   August 30, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Maureen W. Gornik